IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**WALTER FUQUA,**

    Plaintiff

vs.                                                                 Civil No. 09-129 RLP/WDS

**GARY DAVIDSON, AIR-BANK, LLC,**
A Texas Limited Liability Company and
its Successors **AIR-BANK, INC.**, a Texas Corporation,
**AIR-BANK HOLDING, INC.**, a Texas Corporation,
**AB WIRELESS, INC.**, a Texas Corporation,
**AB Finance, INC.**, a Texas Corporation,
and DOES 1 THROUGH 10 corporately or individually

    **Defendants.**

## ORDER

    Defendant Gary Davidson has filed for protection under Chapter 7 of the United States Bankruptcy Code. Pursuant to 11 U.S.C. §363(a) there is an automatic stay in this matter, as to Defendant Davidson only. **Otoe County National Bank v. W & P Trucking, Inc.**, 754 F.2d 881 (10th cir. 1985).

                                                                   Richard L. Puglisi
                                                   Chief United States Magistrate Judge
                                                           (Sitting by designation)